DISTRICT COURT OF APPEAL OF FLORIDA
SECOND DISTRICT

_____

SAM JONES,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

No. 2D2025-2862

_____

April 1, 2026

Appeal pursuant to Fla. R. App. P. 9.141(b)(2) from the Circuit Court for Hillsborough County; Michelle Sisco, Judge.

Sam Jones, pro se.

PER CURIAM.

Affirmed.

SLEET, ROTHSTEIN-YOUAKIM, and LABRIT, JJ., Concur.

_____

Opinion subject to revision prior to official publication.